UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORBERT S. WILLIAMS, III,<br><br>                            Plaintiff,<br><br>            -against-<br><br>CITY OF NEW YORK, et al,<br><br>                          Defendants. | 23-CV-10807 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 2, 2024, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signature page of the complaint with an original signature.[1] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to issue judgment in this case.

---

[1] Because Plaintiff submitted the complaint with his address of record as the Vernon C. Bain Center ("VCBC"), a now-closed New York City Department of Correction facility, the Clerk of Court mailed the order to Plaintiff at VCBC. On January 30, 2024, the order was returned to the court as undeliverable. On March 5, 2024, the court mailed the order to Plaintiff at West Facility, the address listed on the envelope in which the complaint was mailed.

2

The Clerk of Court is further directed to mail a copy of this order and the judgment to, Norbert S. Williams, III, #1412303506, West Facility, 16-06 Hazen St., East Elmhurst, NY 11370.

SO ORDERED.

Dated: May 13, 2024
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge